**No. 49833.**—Protests 72471–K, etc., of M. Adlers Sons et al.   (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

DECEMBER 2, 1944

**No. 49834.**—Protest 108207–K of Jos. Markovits, Inc.Plaintiff's application for rehearing granted.

DECEMBER 4, 1944

**No. 49835.**—SUIT 4492.——*United States* v. *Burgess Battery Co.* C. D. 866.   Appeal dismissed October 3, 1944.

BEFORE THE FIRST DIVISION, DECEMBER 6, 1944

**No, 49836.**—Protest 79473–K of Calif. Asia Co., Ltd. (Los Angeles).

Opinion by WALKER, J.   At the hearing the president of the plaintiff company testified, and there was received in evidence exhibit 1.   From the record it was found that the testimony did not establish that cane was the component material of chief value.   Therefore, following *United States* v. *Rice-Stix Dry Goods Co.* (19 C. C. P. A. 232, T. D. 45337), the protest was overruled.

**No. 49837.**—Protest 79972–K of Tobacco Blending Corp. (Louisville).

Opinion by WALKER, J.   It appeared that drawback was denied for the reason that certificates of importation, required under article 1059, Customs Regulations of 1937, when merchandise was entered at a different port from that at which drawback is claimed, were not applied for prior to entry.   When the case was called for trial the president of the plaintiff corporation stated reliance had been placed by it on the customs broker.   However, no effort was made to establish what was done by the broker in connection therewith.   On the record presented the protest was overruled.

**No. 49838.**—Protest 107820–K of Samuel Dunkel & Co., Inc. (New York).

Opinion by WALKER, J.   At the trial it was stipulated that the merchandise and issue involved are the same as those in *Dunkel* v. *United States* (13 Cust. Ct. 223, C. D. 899), which record was incorporated herein.   In accordance therewith the protest was sustained.